**1272 THOMAS vs. ABBOTT (County Treasurer), No. 14756, 105 M., 687. (Certiorari to Alpena.)**

To compel respondent to accept and file relator's bond as a liquor dealer.

The circuit judge denied the writ. Affirmed July 2, 1895, with costs.

Relator contended that the proceedings, under the local option law of that county, are invalid.